UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Darnell King

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 253 ( ) ( )

Defendant __Darnell King_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_x_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

(During videoconferences on April 21 and May 5, 2021, Mr. King authorized Benjamin Gold to affix his digital signature to this form)

_Darnell King_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Ben G_____
Defendant's Counsel's Signature

Darnell King
Print Defendant's Name

Benjamin Gold
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/6/2021
Date

_Judith C. McCarthy_____
U.S. District Judge/U.S. Magistrate Judge