UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

DARNELL KING,

              Defendant.

-------------------------------------------------------x

**ORDER**

21 Cr. 255 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The Federal Defenders Office attorney assigned to this case   Benjamin Gold   is hereby ordered
                                                                               Attorney's Name

substituted and the representation of the defendant in the above captioned matter is assigned to C.J.A.

attorney    Theodore Green    effective March 31, 2022.
                    Attorney's Name

SO ORDERED.

Dated: White Plains, New York
         March 31, 2022

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2022