```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
              USA,                                              SCHEDULING
                                                                ORDER
           - against -
                                                                21 Cr. 255 (NSR)
   DARNELL KING,

                              Defendant(s).
--------------------------------------------------------x
```

NELSON S. ROMÁN, U.S.D.J.:

**The in-person De Novo Bail Review Hearing for the above Defendant is scheduled for June 2, 2022 at 4:00 pm in courtroom 218.**

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334#; (3) Press pound (#) to enter the teleconference as a guest**.

SO ORDERED.

Dated:   White Plains, New York
         May 27, 2022

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/27/2022