**MEMO ENDORSED**

# Green & Willstatter
Attorneys at Law
200 Mamaroneck Avenue
Suite 605
White Plains, New York 10601

Theodore S. Green                    (914) 948-5656
Richard D. Willstatter               Fax (914) 948-8730                    e-mail: theosgreen@msn.com

January 9, 2023

Hon. Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, New York   10601

     re: *United States v. Darnell King*, 21-cr-255 (NSR)

Dear Judge Román:

     This letter is an application, pursuant to part IX(D) of this District's revised Criminal Justice Act plan, for permission for undersigned counsel to submit interim CJA vouchers in this case.
     I was appointed as CJA counsel for Mr. King on March 31, 2022. The next conference is scheduled for February 15, 2023, and there is a placeholder trial commencement date of June 26, 2023. The representation to date has included review of discovery materials (including video recordings, phone records, and forensic evidence), preparation and filing of pre-trial motions, conferences with the client, and other defense preparation.

     Very truly yours,

     /s/ Theodore S. Green
     Theodore S. Green

---

**Deft. counsel's request to submit interim vouchers is GRANTED. Clerk of Court is requested to terminate the motion at ECF No. 51.**
**Dated: White Plains, NY**
     **January 9, 2023**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2023