UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        -against-

DARNELL KING,

                Defendant.

21 CR 255 (NSR)

RESCHEDULING ORDER

---

NELSON S. ROMÁN, U.S.D.J.:

    **Due to a Court scheduling conflict, the IN-PERSON Final Pretrial Conference for the above Defendant is advanced from June 20, 2023 to June 16, 2023 at 11:00 am, without objection by the parties, in Courtroom 218**.

    In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and in an effort to minimize the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding.  To access the teleconference, please follow these directions: (1) **Dial the Meeting Number: (877) 336-1839**; (2) **Enter the Access Code: 1231334#**; (3) Press pound **(#)** to enter the teleconference as a guest.

Dated:   June 13, 2023
             White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2023