UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

UNITED STATES OF AMERICA

                                      **ORDER**

    - v. -

DARNELL KING,                                  21 Cr. 255 (NSR)

                Defendant.

---------------------------------x

Upon the application of DAMIAN WILLIAMS, United States Attorney, by RYAN W. ALLISON, Assistant United States Attorney, made to this Court by affirmation dated June 16, 2023, and pursuant to the All Writs Act, 28 U.S.C. § 1651, it is hereby

ORDERED that:

1. The Warden of the Metropolitan Detention Center (the "MDC") and the United States Marshals Service ("USMS") allow case agents, who are members of the Bureau of Alcohol, Tobacco, Firearms and Explosives (the "ATF"), including task force officers with the ATF, to remove DARNELL KING (Bureau of Prisons Register Number: 39004-509), from the Metropolitan Detention Center as needed on Friday, June 16, 2023, returning KING to that facility later the same day or night.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/16/2023__

2. The agents and officers shall keep KING in their custody and shall be responsible for the safekeeping and welfare of KING during the periods in which they have custody of him.

Dated:    White Plains, New York    SO ORDERED.
           June 16, 2023

THE HONORABLE NELSON ROMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK